UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
**Johnnie Marcella Chavis and
Sandra Annette Chavis**,

Case No.: 26-80051

Soc. Sec. Nos. xxx-xx-3789 & xxx-xx-0074
Mailing Address: 3201 Woodland Park Road, Durham, NC
27703-

Chapter 13

Debtors.

## AFFIDAVIT REGARDING SERVICE OF PLAN

I, Charlene Ennemoser, certify that on 2/24/26, a copy of the **Chapter 13 Plan** was served on each of the creditors listed in subsections 4.1(d), 4.2(d) or 4.3(e) of the Chapter 13 Plan, as follows:

By regular, **first class United States mail**, postage fully pre-paid, upon the following creditors:

Other non-FDIC creditors served:

State Emplyees Credit Union
Attn: Officer
119 N. Salisbury Street
Raleigh, NC 27603-

and by regular, **first class United States mail**, postage fully pre-paid, upon the following parties:

All other creditors listed on the attached mailing matrix. (updated to include the mailing address listed on any and every proof of claim already filed in this case)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: 2/24/26

/s Charlene Ennemoser

Charlene Ennemoser

CertificateOfService.wpt (rev. 7/4/18)

Employment Security Commission
Attn: Benefit Payment Control
Post Office Box 26504
Raleigh, NC 27611-6504

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

Equifax Information Systems LLC
P.O. Box 740241
Atlanta, GA 30374-0241

Experian
P.O. Box 2002
Allen, TX 75013-2002

Trans Union Corporation
P.O. Box 2000
Crum Lynne, PA 19022-2000

Internal Revenue Service (MD)**
PO Box 7346
Philadelphia, PA 19101-7346

US Attorney's Office  (MD)**
101 S. Edgeworth Street, 4th floor
Greensboro, NC 27401

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

North Carolina Dept. of Revenue**
Post Office Box 1168
Raleigh, NC 27602-1168

Ally Financial **
Attn: Officer
Post Office Box 130424
Roseville, MN 55113-0004

American Express ****
Customer Care and Billing Inquiries
Post Office Box 981535
El Paso, TX 79998-1535

Bridgecrest Credit Company, LLC **
Attn: Officer
1720 W Rio Salado Parkway
Tempe, AZ 85281

Capital One *****
Post Office Box 85015
Richmond, VA 23285-5075

Citicards **
Customer Service
Post Office Box 6500
Sioux Falls, SD 57117

Comenity Capital Bank****
Bankruptcy Department
Post Office Box 183043
Columbus, OH 43218-3043

Credit Fresh
200 Continental Drive Ste 401
Newark, DE 19713

Duke Medical
2351 Erwin Road
Durham, NC 27705

Durham County Tax Collector
P.O.Box 3397
Durham, NC 27702

Internal Revenue Service (MD)**
Post Office Box 7346
Philadelphia, PA 19101-7346

Merrick Bank ***
Customer Service
Post Office Box 9201
Old Bethpage, NY 11804-9201

Milestone**
Bankcard Services
Post Office Box 4499
Beaverton, OR 97076-4499

Rocket Mortgage ***
PO Box 442359
Detroit, MI 48244

State Employees' Credit Union (RA)
c/o Registered Agent
PO Box 27665
Raleigh, NC 27611

State Employees' Credit Union***
Attn: Officer
119 N. Salisbury Street
Raleigh, NC 27603

Synchrony Bank (Care Credit)
Attn: Bankruptcy Department
Post Office Box 965061
Orlando, FL 32896-5061

Synchrony Bank (Lowe's)
Attn: Bankruptcy Department
Post Office Box 965061
Orlando, FL 32896-5061

Synchrony Bank (TJX)
Attn: Bankruptcy Department
Post Office Box 965061
Orlando, FL 32896-5061

The Home Depot **
Post Office Box 790328
Saint Louis, MO 63179-0328

Verizon Wireless - Bankruptcy***
500 Technology Drive
Suite 550
Weldon Spring, MO 63304